917 A.2d 238

IN THE MATTER OF JOHN SCOTT ANGELUCCI, AN ATTORNEY AT LAW (ATTORNEY NO. 044561991).

March 5, 2007.

**O R D E R**

**JOHN SCOTT ANGELUCCI** of **DEPTFORD,** who was admitted to the bar of this State in 1992, having been temporarily suspended from the practice of law pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11 by Order of the Court filed January 4, 2007;

And the Disciplinary Review Board thereafter having filed with the Court pursuant to *Rule* 1:20–15 a recommendation that JOHN SCOTT ANGELUCCI be suspended from practice and compelled to pay a monetary sanction to the Disciplinary Oversight Committee for failure to comply with a fee arbitration determination;

And good cause appearing;

It is ORDERED that **JOHN SCOTT ANGELUCCI** remain suspended from the practice of law pending his satisfaction of the determination of the District IV Fee Arbitration Committee in Docket No. IV–06–0017F and his payment of a sanction in the amount of $250 to the Disciplinary Oversight Committee, and until the further Order of the Court; and it is further

ORDERED that **JOHN SCOTT ANGELUCCI** shall continue to be restrained and enjoined from practicing law and his attorney accounts shall be restrained from disbursement as ordered by the Court on January 4, 2007; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.